**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Harborside Associates, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-1628131** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **946 Ferry Boulevard**<br>**Stratford, CT 06615**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfield**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Harborside Associates, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

District **Connecticut, Bridgeport Division**   When **4/12/11**   Case number **11-50738**

District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Harborside Associates, LLC** _____ Case number (_if known_) _____
 Name

**11. Why is the case filed in _this district?_**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Harborside Associates, LLC** _____ Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 28, 2017**
MM / DD / YYYY

X **/s/ Luciano Coletta**
Signature of authorized representative of debtor

**Luciano Coletta**
Printed name

Title **Duly Authorized Member of Hermanos, LLC**

**18. Signature of attorney**

X **/s/ Douglas S. Skalka**
Signature of attorney for debtor

Date **June 28, 2017**
MM / DD / YYYY

**Douglas S. Skalka**
Printed name

**Neubert, Pepe & Monteith, P.C.**
Firm name

**195 Church Street, 13th Floor
New Haven, CT 06510**
Number, Street, City, State & ZIP Code

Contact phone **203-821-2000**    Email address **dskalka@npmlaw.com**

**ct00616**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:
Debtor name: **Harborside Associates, LLC**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coan, Lewendon, Gulliver et al**<br>**Attn: Carl T. Gulliver, Esq.**<br>**495 Orange Street**<br>**New Haven, CT 06511** | | **Legal services** | | | | **$112,850.72** |
| **Pite Law Office, LLC**<br>**Attn: David C. Pite, Esq.**<br>**1948 Chapel Street**<br>**New Haven, CT 06515** | | **Legal services** | | | | **$40,000.00 (estimated)** |
| **Anthony P. DiCrosta LLC**<br>**Attn Anthony P. DiCrosta, Esq.**<br>**1948 Chapel Street**<br>**New Haven, CT 06515** | | **Legal services** | | | | **$10,000.00** |
| **Riverview Bistro, LLC**<br>**Attn: President or Gen Mgr**<br>**946 Ferry Boulevard**<br>**New Haven, CT 06515** | | **Lease claim** | | | | **$111,893.69** |
| **Prime Bank**<br>**Attn: Bankruptcy Notice Dept**<br>**7 Old Tavern Road**<br>**Orange, CT 06477** | | **Bank loan** | | | | **$200,000.00** |

# United States Bankruptcy Court
## District of Connecticut

In re  **Harborside Associates, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hermanos, LLC**<br>**14 Elmhurst Terrace Lane**<br>**West Haven, CT 06516** | | | **100% member of Debtor** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Duly Authorized Member of Hermanos, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 28, 2017**

Signature  **/s/ Luciano Coletta**  
**Luciano Coletta**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Connecticut**

In re    **Harborside Associates, LLC**           Case No. 
                             Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Duly Authorized Member of Hermanos, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 28, 2017**                  **/s/ Luciano Coletta**
                                                      **Luciano Coletta**/**Duly Authorized Member of Hermanos, LLC**
                                                        Signer/Title

.

Anthony P. DiCrosta LLC
Attn Anthony P. DiCrosta, Esq.
1948 Chapel Street
New Haven, CT 06515


Coan, Lewendon, Gulliver et al
Attn: Carl T. Gulliver, Esq.
495 Orange Street
New Haven, CT 06511


Lorenzo Coletta
90 Pent Road
Branford, CT 06405


Luciano Coletta
236 First Avenue
West Haven, CT 06516


Pite Law Office, LLC
Attn: David C. Pite, Esq.
1948 Chapel Street
New Haven, CT 06515


Prime Bank
Attn: Bankruptcy Notice Dept
7 Old Tavern Road
Orange, CT 06477


Riverview Bistro, LLC
Attn: President or Gen Mgr
946 Ferry Boulevard
New Haven, CT 06515


Riverview Bistro, LLC
c/o Anthony P. DiCrosta, Esq.
Anthony P. DiCrosta LLC
1948 Chapel Street
New Haven, CT 06515


Sioux, LLC
Attn: President or Gen Mgr
1948 Chapel Street
New Haven, CT 06515

```
Sioux, LLC
c/o Jonathan J. Klein, Esq
1445 Capitol Avenue
Bridgeport, CT 06604


The Salce Companies, LLC
Attn: President or Gen Mgr
335 Ferry Boulevard
Stratford, CT 06615


The Salce Companies, LLC
c/o Green & Gross, P.C.
1087 Broad Street, Ste 401
Attn: Paul A. Sobel, Esq.
Bridgeport, CT 06604


Town of Stratford
Attn: Tax Collector
2725 Main Street
Stratford, CT 06615


Town of Stratford
c/o Jackson Law Group CT, LLC
Two Enterprise Drive, Ste 406
Shelton, CT 06484


Kathleen Villano
5 Crofut Road
Orange, CT 06477
```

# United States Bankruptcy Court
## District of Connecticut

In re **Harborside Associates, LLC**                                  Case No.
                                    Debtor(s)                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Harborside Associates, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hermanos, LLC**
**14 Elmhurst Terrace Lane**
**West Haven, CT 06516**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Douglas S. Skalka** |
| Date | **Douglas S. Skalka ct00616** |
| | Signature of Attorney or Litigant |
| | Counsel for **Harborside Associates, LLC** |
| | **Neubert, Pepe & Monteith, P.C.** |
| | **195 Church Street, 13th Floor** |
| | **New Haven, CT 06510** |
| | **203-821-2000 Fax:203-821-2008** |
| | **dskalka@npmlaw.com** |