HARBORSIDE ASSOCIATES, LLC

# UNANIMOUS CONSENT *of* MEMBERS *and* MANAGERS

of

# HARBORSIDE ASSOCIATES, LLC

**THE UNDERSIGNED,** being the sole member and all the managers of Harborside Associates, LLC, a Connecticut limited liability company (the "Company"), hereby consents to and adopts the following resolution for and on behalf of the Company:

RESOLVED, that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), and (ii) perform any and all such acts as are reasonable, advisable, proper, or necessary to effect the foregoing:

FURTHER RESOLVED, that Luciano Coletta ("Coletta") is authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code and (ii) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer so acting may approve;

FURTHER RESOLVED, that the law firm of Neubert, Pepe & Monteith, P.C. shall be, and hereby is, authorized and empowered to represent the Company, as Debtor and Debtor-in-possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that Coletta shall be and hereby is, authorized and empowered to retain, on behalf of the Company, Neubert, Pepe & Monteith, P.C. and such other attorneys, financial advisors, and accountants as he shall deem appropriate in his judgment;

FURTHER RESOLVED, that Coletta shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as he, as Officer so acting, shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Members or Managers of the Company, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed, and approved.

**BEING THE SOLE MEMBER AND ALL THE MANAGERS:**

Dated: June 27, 2017                                    **HARBORSIDE ASSOCIATES, LLC**

By: _____                              By: _____ POA
    Luciano Coletta – Manager                          Lorenzo Coletta – Manger

Gabriele Villano Revocable Trust                        Hermanos, LLC

By: _____                              By: _____
    Kathleen A. Vikng, Trustee of the                   Luciano Coletta, Manager of
    Gabriele Villano Revocable Trust                    Hermanos, LLC – Member
- Manager

Subscribed and sworn to before me this 27th day of June, 2017.

_____
Anthony P. DiCrosta
Commissioner of the Superior Court