# United States Bankruptcy Court
## District of Connecticut

In re  **Harborside Associates, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Harborside Associates, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Hermanos, LLC
14 Elmhurst Terrace Lane
West Haven, CT 06516

☐ None [*Check if applicable*]

June 28, 2017
Date

/s/ Douglas S. Skalka
Douglas S. Skalka ct00616
Signature of Attorney or Litigant
Counsel for   Harborside Associates, LLC
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
203-821-2000 Fax:203-821-2008
dskalka@npmlaw.com