**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HARBORSIDE ASSOCIATES, LLC | CASE NO. 17-50749 (JAM) |
| Debtor. |  |

**ORDER AUTHORIZING DEBTOR TO EMPLOY
NEUBERT, PEPE & MONTEITH, P.C. AS ATTORNEYS**

Upon the Application of the above-named debtor Harborside Associates, LLC (the "Debtor") seeking authority to employ and appoint Neubert, Pepe & Monteith, P.C. pursuant to Section 327(a) as attorneys to represent it as Debtor-in-Possession ("Application"), and upon the Verified Rule 2014 Statement of Douglas S. Skalka, and it appearing that Neubert, Pepe & Monteith, P.C. are attorneys duly admitted to practice in this Court, and the Court being satisfied that Neubert, Pepe & Monteith, P.C. does not represent any adverse interest to said Debtor-in-Possession herein, or to its estate, and are disinterested persons, and that the employment of Neubert, Pepe & Monteith, P.C. is necessary and would be in the best interest of the estate, it is hereby

ORDERED that the Debtor herein be and it is hereby authorized pursuant to Section 327(a) to employ Neubert, Pepe & Monteith, P.C. to represent it as its counsel on an hourly basis in the within proceedings under chapter 11 of Title 11 of the United States Code. The retainer of $15,000 and filing fee of $1,717 have been provided by Luciano Coletta, Lorenzo Coletta and Gabriele Villano Trust from an account in the name of CVA, LLC.  These funds will be held in Neubert, Pepe & Monteith, P.C.'s clients funds account at Webster Bank, N.A. and will remain

property of the Debtor's bankruptcy estate until such time as the Bankruptcy Court approves its use to pay legal fees and expenses incurred in representing the Debtor in contemplation of and in connection with the chapter 11 case; and it is further

ORDERED that the effective date of this order shall be the Petition Date; and it is further

ORDERED that Neubert, Pepe & Monteith, P.C. is directed to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Procedure.  Compensation will be paid in such amounts as may be allowed by the Court on proper application.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HARBORSIDE ASSOCIATES, LLC | CASE NO. 17-50749 (JAM) |
| Debtor. |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 15, 2017 the foregoing proposed Order was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: August 15, 2017　　　　　　　　　　THE DEBTOR,
　　　　New Haven, Connecticut　　　　　　HARBORSIDE ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　By:　　/s/Douglas S. Skalka
　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　New Haven, Connecticut  06510
　　　　　　　　　　　　　　　　　Telephone (203) 821-2000
　　　　　　　　　　　　　　　　　dskalka@npmlaw.com

<u>Service List</u>

## Electronic Mail Notice List

- William T. Blake    wtb@quidproquo.com
- Carl T. Gulliver    cgulliver@coanlewendon.com
- James D. Hine    hine@moglaw.com
- Jonathan J. Klein    jjkesq@hotmail.com
- James M. Nugent    jmn@quidproquo.com, talba@harlowadamsfriedman.com
- Sean Robert Plumb    srp@jlgct.com, jlh@jlgct.com
- U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

## Manual Notice List

Holley L. Claiborn
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510