# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HARBORSIDE ASSOCIATES, LLC, | CASE NO. 17-50749 (JAM) |
| Debtor. |  |

## APPLICATION TO EMPLOY AND APPOINT A REALTOR

Harborside Associates, LLC, the above referenced debtor and debtor-in-possession ("Debtor" or "Applicant"), as and for its application (the "Application"), pursuant to 11 U.S.C. §§ 327 and 328(a), authorizing the employment and retention of a real estate broker in this case, respectfully represents the following:

1. The Debtor commenced this bankruptcy case by filing a voluntary petition for reorganization on June 28, 2017 (the "Petition Date") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code").

2. The Debtor is the owner of certain commercial real property known as 946 Ferry Boulevard, Stratford, Connecticut (the "Property"), which is currently occupied by a commercial tenant and generates income of approximately $18,000 per month.

3. By this Application, the Debtor seeks to retain a professional to provide sales and marketing services relating to the Property.

4. The Debtor wishes to employ The Proto Group, LLC (the "Realtor") to serve as its realtor in this matter to market the Property for sale.  The Realtor is a disinterested party within the meaning of 11 U.S.C. § 101, and represents no interest adverse to the Debtor.

5. Founded in 1999, The Proto Group LLC is a licensed, real estate brokerage firm serving Connecticut, New York, Massachusetts and Rhode Island and specializing in land development, redevelopment for retail, office, residential or condo use.

6. Louis M. Proto, the principal of The Proto Group, LLC, has been in the commercial real estate field since 1989. He has served as the state of Connecticut Retail Co-Chairman of the International Council of Shopping Centers and is a past president and active member of the Greater New Haven Association of Realtor's Commercial and Investment Division. An affidavit from Mr. Proto is attached hereto as Exhibit A.

7. For its retention in this matter, the Realtor intends to charge the Debtor on a contingent fee basis of 5% of the agreed upon sales price of the Property, and has agreed it will not seek such commission should the Property be sold to a lienholder of the Debtor's Property. The Realtor has recommended an initial listing price of $2,500,000 for the Property, and seeks to list the Property through the multiple listing service until it is sold.  A copy of the listing agreement for the Property is attached hereto as Exhibit B.

8. The Debtor wishes to employ the Realtor to represent it on a contingent fee basis as described above, in accordance with 11 U.S.C. § 328(a).  All of the Realtor's fees and expenses shall be subject to court approval upon appropriate application to this court pursuant to 11 U.S.C. §§330, 331.

Dated: September 28, 2017  
      New Haven, Connecticut

THE DEBTOR,  
HARBORSIDE ASSOCIATES, LLC

By: /s/Douglas S. Skalka  
Douglas S. Skalka (ct00616)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street  
New Haven, CT  06510  
(203) 821-2000  
dskalka@npmlaw.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

―――――――――――――――――――x
In re:                              :   CHAPTER 11
                                    :
HARBORSIDE ASSOCIATES, LLC,         :   CASE NO. 17-50749 (JAM)
                                    :
         Debtor.                    :
―――――――――――――――――――x

**AFFIDAVIT OF LOUIS M. PROTO IN SUPPORT OF**
**EMPLOYMENT OF REALTOR FOR THE DEBTOR**

STATE OF CONNECTICUT)
                    ) ss: _____
COUNTY OF NEW HAVEN)

I, Louis M. Proto, being duly sworn, hereby depose and say:

1. I am a licensed real estate broker and principal of The Proto Group, LLC, a licensed, real estate brokerage firm serving Connecticut, New York, Massachusetts and Rhode Island. I have been a licensed real estate agent for 28 years. I make this affidavit in support of the application of Harborside Associates, LLC (the "Debtor") for an order approving the employment and appointment of The Proto Group, LLC as real estate broker for the Debtor.

2. The Proto Group, LLC maintains offices at 114A Washington Avenue, North Haven, Connecticut 06473. It has agreed to act as realtor for the Debtor, subject to approval of this Court, and is prepared and committed to devote whatever of its resources are necessary to provide the Debtor with efficient and professional services throughout this proceeding.

3. For its retention in this matter, The Proto Group, LLC intends to charge the Debtor on a contingent fee basis of 5% of the agreed upon sales price of the Property, and has agreed it will not seek such commission should the Property be sold to a lienholder of the Debtor's Property.

4.  To the best of my knowledge, The Proto Group, LLC does not have any connection with the Debtor, its creditors, or any other party in interest herein, nor does it represent any interest adverse to the said Debtor or its estate in the matters upon which it is to be engaged, and further it is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

5.  No agreement exists between The Proto Group, LLC and any other person with regard to the sharing of compensation to be awarded for services as realtor for the Debtor.

_____
Louis M. Proto

Subscribed to before me
this  14  day of September, 2017

_____
Notary Public
My commission expires:

LAUREN A. ANDERSON
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 2/28/2021

2

# EXHIBIT B

# CID EXCLUSIVE RIGHT TO SELL CONTRACT

**I/We (hereinafter called Owner)**  Harborside Associates LLC

**Appoint and retain Broker (hereinafter called Broker)**  The Proto Group, LLC

Firm Name:  The Proto Group, LLC

**This Contract made at**  114A Washington Avenue North Haven, CT 06473

**1. APPOINTMENT AS AGENT.** - Owner appoints Broker as Owner's Exclusive Agent.  Owner gives the Broker the sole and exclusive right to SELL the property known as:
946 Ferry Blvd Stratford, CT                                                                                                (The "Property")

**Consisting of:**
A fully leased sit down restaurant, and land to construct 42 condominium units per an approved plan from the Town of Stratford

**2. ROLE OF AGENT:-** Owner agrees to refer all inquiries about, or offers for, the property to the Broker.  Broker agrees to list the property, and to actively attempt to SELL the property and otherwise employ its services to bring about a SELL of the Property, including co-brokerage and submission to the Multiple Listing Service where the Broker holds membership.

**3. SALE PRICE:** Owner authorizes Broker to quote the following:

**SALE PRICE:**  $2,500,000.00

**4. SIGN:** The Owner agrees that the Broker may place one or more FOR SALE signs and one or more SOLD signs on the Property during the term of this Contract.

**5.** This Contract shall become effective on   9/20/17  and remain in effect until  3/31/18

**6. STATEMENTS REQUIRED BY LAW:**

(a) THIS CONTRACT IS SUBJECT TO THE CONNECTICUT GENERAL STATUTES PROHIBITING DISCRIMINATION IN COMMERCIAL AND RESIDENTIAL REAL ESTATE TRANSACTIONS (CONN. GENERAL STATUTES TITLE 46A CHAPTER 814C) AS AMENDED.

(b) THE REAL ESTATE BROKER MAY BE ENTITLED TO CERTAIN LIEN RIGHTS PURSUANT TO SECTION 20-325A OF THE CONNECTICUT GENERAL STATUTES AS AMENDED.

(c) NOTICE; THE AMOUNT OR RATE OF BROKER COMPENSATION IS NOT FIXED BY LAW.  IT IS SET BY EACH BROKER INDIVIDUALLY AND MAY BE NEGOTIABLE BETWEEN YOU AND THE BROKER.

**7. COMMISSION:** The Owner will pay the Broker a commission of:
5% of purchase price payable at closing

**\*We will not seek any fee if the property is sold to a lien holder of the property\***

**if during the term of this Agreement :**

(a)  The property is SOLD or

(b)  If someone is found who is ready, able and willing to BUY the property for the price shown in #3 above, or on any other terms to which Owner has agreed; or

(c)  Owner further agrees that Owner shall pay Broker the commission if, within 180 days after the expiration of the term herein, Owner sells, leases or exchanges or otherwise transfers the Property or enters into a Contract for the sale, exchange, lease, option or transfer of the property, to or with any person or entity (or to or with any affiliate of such person or entity) with whom Broker has negotiated (either directly or through another Broker or Agent) or to whom the property was shown.  Broker agrees to submit a list of such persons to the Owner no later than 10 business days following the expiration of the term herein or any extension

thereof, provided however if a written offer was submitted to Owner it shall not be necessary to include the offeror's name on the list.

**(d)** Owner will pay Broker commissions at the rate schedule shown in #7 herein or in any amendment to this Contract on any renewals, extensions, enlargements, exercise of lease, purchase or other options, or new leases for the same Property.

**(e)** Commissions are due and payable upon execution of the lease.

**8. DUAL AGENCY** - Owner understands and agrees that the Broker also may represent buyers/tenants. In the event that the Broker becomes buyer's agent for a prospective buyer or tenant of the Owner's Property,
Broker will become a Dual Agent and Broker will notify Owner immediately and seek the Owner's and prospective buyer's informed consent, by signature on the statutory form of Dual Agency Consent Agreement, to act as a Dual Agent. The Owner acknowledges that the Broker has explained Dual Agency to the Owner.

**9. DAMAGES** - Owner agrees that he has informed Broker of all material defects regarding the Property and agrees to indemnify and hold the Broker harmless in connection with any damages (including Court costs and attorney's fees, if applicable), which the Broker may suffer due to any information which Owner may have withheld from Broker or supplied incorrectly, or as a result of any neglect or intentional acts or omissions by Owner in connection with Owner's failure to inform Broker of said defects.

**10. CONTRACTS** - Owner and Broker agree that this agreement shall be binding upon their respective heirs, successors, assigns, executors and administrators.

**11. OTHER** - If any legal action is brought by Broker to collect Broker's commission, Owner agrees to pay all Broker's costs and expenses including, but not limited to, reasonable attorneys' fees. Should there be any dispute over deposits held by Broker in regard to the offered Property, Owner agrees that Broker shall hold these deposits in escrow until an agreement is reached between Owner and purchaser, disposition is ordered by a court, or the deposit is released to the State of Connecticut in accordance with law. In the event of a dispute as to who is entitled to receive the deposit, Broker is authorized, but not required, to deposit the funds being held in escrow by him with a court of competent jurisdiction pending a final decision of such controversy.

**12. TITLE** - The undersigned Owner(s) warrants that he/she/they is/are the owner(s) of record of the property or the duly authorized Agent for a Corporation, and that all record owners have signed. By signing this Agreement, Owner acknowledges that Owner has received a copy of it.


**FIRM:**    The Proto Group, LLC

**BROKER:**    The Proto Group, LLC

**SIGNATURE:** _____    **9/20/17**
    Louis M. Proto   Duly Authorized Agent

OWNER: __HARBORSIDE ASSOCIATES, LLC__

ADDRESS __946 Ferry Blvd__

CITY: __Stratford__    STATE: __CT__    ZIP: __06614__

SIGNATURE: _[signature]_
        Duly Authorized Member of
        HERMANOS, LLC
        its sole member

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|   |   |   |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HARBORSIDE ASSOCIATES, LLC, | : | CASE NO. 17-50749 (JAM) |
| Debtor. | : |   |

**ORDER AUTHORIZING EMPLOYMENT OF**
**THE PROTO GROUP, LLC AS REAL ESTATE BROKER**

Upon the Application (the "Application") of the above referenced debtor, Harborside Associates, LLC (the "Debtor"), for authority to employ The Proto Group, LLC ("Realtor") as a real estate broker as set forth in the Debtor's Application, and it appearing that said Realtor does not hold or represent any interest adverse to said Debtor, and that the Realtor is a disinterested person within the meaning of §327 of the Bankruptcy Code, and that the employment of said Realtor is necessary and would be in the best interest of the estate, it is hereby

ORDERED that the Debtor is authorized to employ and retain The Proto Group, LLC as its real estate broker, in accordance with the terms and conditions as outlined in the Debtor's Application and in accordance with 11 U.S.C. §327(a); and it is further

ORDERED that any professional employed in this case who has received or will receive a retainer for services rendered is not authorized to use any retainer funds unless and until an Application for Compensation is filed and approved by this Court; and it is further

ORDERED that the allowance and payment of reasonable compensation and reimbursement for actual, necessary expenses are subject to further order of the Court in accordance with 11 U.S.C. §§§ 328, 330 and/or 331.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HARBORSIDE ASSOCIATES, LLC | : | CASE NO. 17-50749 (JAM) |
|  | : |  |
| Debtor. | : |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2017 the foregoing Application was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: September 28, 2017           THE DEBTOR,
       New Haven, Connecticut      HARBORSIDE ASSOCIATES, LLC


                                   By:    /s/Douglas S. Skalka
                                       Douglas S. Skalka (ct00616)
                                       NEUBERT, PEPE & MONTEITH, P.C.
                                       195 Church Street, 13th Floor
                                       New Haven, Connecticut  06510
                                       Telephone (203) 821-2000
                                       dskalka@npmlaw.com

<u>Service List</u>

## Electronic Mail Notice List

- William T. Blake    wtb@quidproquo.com
- Carl T. Gulliver    cgulliver@coanlewendon.com
- James D. Hine    hine@moglaw.com
- Jonathan J. Klein    jjkesq@hotmail.com
- James M. Nugent    jmn@quidproquo.com, talba@harlowadamsfriedman.com
- Sean Robert Plumb    srp@jlgct.com, jlh@jlgct.com
- U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

## Manual Notice List

Holley L. Claiborn
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

8/17/17