# United States Bankruptcy Court
### District of Connecticut

In re:  
Harborside Associates, LLC

Case Number: 17-50749

Chapter: 11

Debtor(s)

### Request for Continuance of Initial Hearing Only
### (Exceptions to Contested Matter Procedure)

Name of pleading:  
Objection to Claim (Evidentiary Hearing)

ECF No. of pleading: 39

Scheduled Hearing Date: December 6, 2017

Name of Party Requesting Continuance: Bal Harbour, LLC

Counsel Representing Party Requesting Continuance: James M. Nugent

Reason for Requested Continuance:

Creditor Bal Harbour, LLC respectfully requests that the December 6, 2017 date be held as a status conference as there are complications to bring to the Court's attention which will likely affect scheduling. Bal Harbour has filed an adversary proceeding seeking to equitably subordinate the same claim. There is significant overlap between the two proceedings. Bal Harbour will request that the objection to claim be consolidated with the adversary proceeding.

Is Request made with Consent of All Parties?

☑ Yes    ☐ No

Does the signature below indicate your acknowledgement that this request does not adversely affect any prior order, statue, or rule?

☑ Yes    ☐ No

ECF No. 79 - Request for Continuance DENIED for lack of service.

Dated: November 15, 2017

*Julie A. Manning*  
*Chief United States Bankruptcy Judge*  
*District of Connecticut*