# United States Bankruptcy Court
## District of Connecticut

In re:  
Harborside Associates, LLC

Case Number: 17-50749

Chapter: 11

Debtor(s)

### Request for Continuance of Initial Hearing Only
### (Exceptions to Contested Matter Procedure)

Name of pleading:  
Objection to Claim (Evidentiary Hearing)

ECF No. of pleading: 39

Scheduled Hearing Date: December 6, 2017

Name of Party Requesting Continuance: Bal Harbour, LLC

Counsel Representing Party Requesting Continuance: James M. Nugent

Reason for Requested Continuance:

Creditor Bal Harbour, LLC respectfully requests that the December 6, 2017 date be held as a status conference as there are complications to bring to the Court's attention which will likely affect scheduling. Bal Harbour has filed an adversary proceeding seeking to equitably subordinate the same claim. There is significant overlap between the two proceedings. Bal Harbour will request that the objection to claim be consolidated with the adversary proceeding.

Is this Request made with Consent of All Parties?

☑ Yes     ☐ No

Does the signature below indicate your acknowledgement that this request does not adversely affect any prior order, statue, or rule?

☑ Yes     ☐ No

Does the signature below indicate that the filer of this request for continuance hereby affirms the waiver of hearing in accordance with 11 U.S.C. § 362(e)?

☑ Yes ☐ No ☐ Not Applicable

Dated: 11/15/2017

Signed by: _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re:                              :    Chapter 11
                                    :
Harborside Associates, LLC          :    Case No. 17-50749
                                    :
        Debtor                      :

## CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on November 15, 2017, a copy of the Request for Continuance of Initial Hearing (Exceptions to Contested Matter Procedure) regarding Objection to Claim of Sioux, LLC (Doc I.D. No. 39) was served to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV
*Via Electronic Notice of Filing*

Carl T. Gulliver
on behalf of Creditor Coan, Lewendon,
Gulliver & Miltenberger, LLC
cgulliver@coanlewendon.com
*Via Electronic Notice of Filing*

Douglas S. Skalka
on behalf of Debtor Harborside Associates, LLC
dskalka@npmlaw.com
Via Electronic Notice of Filing

James D. Hine, II
on behalf of Creditor Prime Bank
hine@moglaw.com

Jonathan J. Klein
on behalf of Creditor Sioux, LLC
jjkesq@hotmail.com

Sean Robert Plumb
on behalf of Creditor Town of Stratford
srp@jlgct.com

Paul N. Gilmore
on behalf of Equity Security Hold The Covenant, LLC
pgilmore@uks.com

                SECURED CREDITOR,
                BAL HARBOUR, LLC


        BY:    /s/ James M. Nugent
               James M. Nugent, Esq.  ct08822
               Harlow, Adams & Friedman, P.C.
               One New Haven Avenue
               Milford, CT 06460
               Tele No. (203) 878-0661
               Fax No. (203) 878-9568